# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2979

_____

Nastassia (Goff) Frees, also known as Nastassia Goff

*Petitioner - Appellant*

v.

Michael Segal, FCI Warden

*Respondent - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: April 16, 2024
Filed: April 19, 2024
[Unpublished]

_____

Before LOKEN, SMITH, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Nastassia Frees appeals the district court's[1] order denying her
28 U.S.C. § 2241 petition challenging a prison disciplinary proceeding that resulted

---

[1]The Honorable Paul A. Magnuson, United States District Judge for the District
of Minnesota.

in the loss of good conduct time. Following de novo review, we conclude that "some evidence" supports the hearing officer's decision that Frees aided the possession of a drug not prescribed for another inmate by the medical staff. <u>See</u> <u>Flowers v. Anderson</u>, 661 F.3d 977, 980 (8th Cir. 2011) (standard of review). A guard saw Frees allow another inmate access to her own prescription bottle of medication for a higher dosage than prescribed to the other inmate, constituting a violation under the plain language of the disciplinary code or a reasonable interpretation of it. We therefore affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

_____